# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **SASHA ALLEMAN**, on behalf of herself and others similarly situated, | ) ) Case No. 2:20-cv-04830-MHW-EPD |
| Plaintiff, | ) ) Judge Michael H. Watson ) Magistrate Judge Elizabeth Preston Deavers |
| v. | ) ) |
| **LPS SERVICES, LLC,** | ) **NOTICE OF FILING REVISED** ) **SETTLEMENT AGREEMENT** |
| Defendant. | ) |

Pursuant to the Court's October 12, 2021 Order, Plaintiff files the fully executed revised Settlement Agreement (Exhibit A).[1] Also being filed is the redlined draft showing such revisions (Exhibit B).

Respectfully Submitted,

**NILGES DRAHER LLC**

*/s/Robi J. Baishnab*
Robi J. Baishnab (0086195)
34 N. High St., Ste. 502
Columbus, OH 43215
Telephone:   (614) 824-5770
Facsimile:    (330) 754-1430
Email:          rbaishnab@ohlaborlaw.com

Hans A. Nilges (0076017)
Shannon M. Draher (0074304)
7266 Portage Street, N.W., Suite D
Massillon, OH 44646
Telephone:   (330) 470-4428
Facsimile:    (330) 754-1430
Email:          hans@ohlaborlaw.com
                    sdraher@ohlaborlaw.com

*Counsel for Plaintiffs*

---

[1] ECF No. 44.

## CERTIFICATE OF SERVICE

    I hereby certify that on October 26, 2021 the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Robi J. Baishnab
Robi J. Baishnab (0086195)
*Counsel for Plaintiffs*
